# United States District Court

-------- DISTRICT OF SOUTH DAKOTA --------

SOUTHERN DIVISION

FILED
JUN 09 2010

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS PRATER,

    Defendant.

**ORDER**

CASE NUMBER: CR. 09-40032-01

This matter having come before the court on Wednesday, June 9, 2010, and the government not being opposed to Defendant's continued release in this matter, it is hereby

ORDERED that the terms and conditions of the Order Setting Conditions of Release entered on May 18, 2010, by United States Magistrate Judge Morton Denlow, United States District Court, Northern District of Illinois are hereby continued in full force and effect pending further proceedings.

Dated this 9 day of June, 2010.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge